**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6254**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

DARRELL L. PADGETT,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield. Elizabeth V. Hallanan, Senior District Judge. (CR-91-166, CA-94-377-1)

---

Submitted: May 17, 2001                 Decided: May 25, 2001

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Darrell L. Padgett, Appellant Pro Se.  Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darrell L. Padgett seeks to appeal the district court's order denying his motion to reopen his 28 U.S.C.A. § 2255 (West Supp. 2000) motion. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability, deny Padgett's motion to proceed in forma pauperis, and dismiss the appeal on the reasoning of the district court. See United States v. Padgett, No. CR-91-166; CA-94-377-1 (S.D.W. Va. Nov. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2